GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER &
JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 362-6666
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
*Attorneys for Defendant,*
*Ditech Financial, LLC F/K/A*
*Green Tree Servicing, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL W. HARVEY,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS/DSNB, DITECH FINANCIAL, LLC F/K/A GREEN TREE SERVICING, LLC, MACY'S/DSNB, SILVER STATE SCHOOLS CREDIT UNION, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:15-cv-02259-GMN-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

COMES NOW, Defendant, DITECH FINANCIAL, LLC F/K/A GREEN TREE SERVICING, LLC, by and through its attorney of record, Gary E. Schnitzer, Esq., and Plaintiff, MICHAEL W. HARVEY, by and through his attorney of record, David H. Krieger, Esq., and

///

///

hereby stipulate that DITECH FINANCIAL, LLC F/K/A GREEN TREE SERVICING, LLC, shall have an extension to answer or otherwise plead in the above-entitled matter up to and including January 28, 2016. This extension is being requested so counsel for the Defendant can further review the file and obtain the necessary documents in order to draft a proper response to Plaintiff's Complaint.

IT IS SO STIPULATED.

DATED this 9th day of December, 2015.

| | |
|---|---|
| /s/ David H. Krieger | /s/ Gary E. Schnitzer |
| David H. Krieger, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 395 |
| 8985 S. Eastern Ave., Ste. 350 | 8985 S. Eastern Ave., Ste. |
| Las Vegas, NV  89123 | Las Vegas, NV  89123 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | *Ditech Financial, LLC F/K/A* |
| | *Green Tree Servicing, LLC* |

IT IS SO ORDERED.

DATED this __11__ day of December, 2015.

_____
United States District Judge