David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Michael W. Harvey, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS / DSNB, DITECH FINANCIAL, LLC F/K/A GREEN TREE SERVICING, LLC, MACY'S/DSNB, SILVER STATE SCHOOLS CREDIT UNION and EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No. 2:15-cv-02259-GMN-NJK <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO DITECH FINANCIAL, LLC F/K/A GREEN TREE SERVICING** |

Plaintiff Michael W. Harvey and Ditech Financial, LLC f/k/a Green Tree Servicing ("Ditech Financial") hereby stipulate and agree that the above-entitled

…

…

…

…

Page **1** of **2**

action shall be dismissed without prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Ditech Financial**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:             February 19, 2016

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Gary E. Schnitzer, Esq.<br>Gary E. Schnitzer, Esq.<br>Kravitz, Schnitzer & Johnson, Chtd<br>*Attorney for Defendant* |

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: February 19, 2016