David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Michael W. Harvey*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| Michael W. Harvey,<br><br>                    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS / DSNB,<br>DITECH FINANCIAL, LLC F/K/A<br>GREEN TREE SERVICING, LLC,<br>MACY'S/DSNB, SILVER STATE<br>SCHOOLS CREDIT UNION and<br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>                    Defendants. | ) Case No. 2:15-cv-02259-GMN-NJK<br>)<br>)<br>)<br>)<br>) **JOINT MOTION DISMISSING**<br>) **ACTION WITH PREJUDICE AS TO**<br>) **SILVER STATE SCHOOLS**<br>) **CREDIT UNION ONLY**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

       Plaintiff Michael W. Harvey hereby moves that the above-entitled action

…

…

…

…

…

…

shall be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, SILVER STATE SCHOOLS CREDIT UNION**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated:          August 1, 2016

| | |
|---|---|
| By: <br><br> /s/David H. Krieger, Esq. <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Henderson, Nevada 89123 <br> *Attorney for Plaintiff* | By: <br><br> /s/Ramir M. Hernandez, Esq. <br> Brooks Hubley, LLP <br> *Attorney for Defendant Silver State Schools Credit Union* |

**ORDER**

IT IS SO ORDERED

_____

UNITED STATES DISTRICT JUDGE

DATED: _____ August 10, 2016 _____